**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts     **Category No.** II     **Investigating Agency** FBI

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  23-6390

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☐ No

**Defendant Information:**

Defendant Name  Conor LaHiff                              Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

Alias Name: _____

Address:  Ayer, MA

Birth date (Yr only): 1993   SSN (last 4#): 0832   Sex: M   Race _____   Nationality: _____

**Defense Counsel if known:**  Tor Ekeland          Address:  tor@torekeland.com

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Mackenzie A. Queenin          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:**  ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:**  n/a _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony I

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/29/2023          Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Conor LaHiff _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 USC sec. 1030 | Violation of Computer Fraud and Abuse Act | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013